IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTHERN WEST VIRGINIA
IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

**STATE OF WEST VIRGINIA,**
By Treason
Color of Law Deprivations
Denial of Equal Protection
Denial of 1st 6th, 7th 14th Amendments
Denial of Article 3 § 3 U.S. Const.
Denial of Article 6 § 2 U.S. Const.
Misprision of Perjury
Fraud

FILED
OCT 2 7 2023
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Case No:. 1:23-cv-85

Fed Judge TBD

v.

State Case 23-F-221
Related State Cases JA-37-38-39-40(Removed)United States District Court Case 1: 23-cv-42

State Judge: Patrick N. Wilson

**EMMANUEL JONES™,**
Secured Party, Under Duress
By Special Appearance
First Chair Counsel

## REMOVAL OF WEST VIRGINIA STATE CASE TO THE DISTRICT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

### TIME IS OF THE ESSENCE

**NOW COMES,** Emmanuel Jones©, a Living Soul, and Private Native American National, Under Duress, Without Consent, by Special Appearance and pursuant to Natural Law, the Constitution for the united States of America at Article III and Amendments I, IV, V, VI, VII, et seq.; 28 USC 1443(1)(2),1455 (b)(4) Removal for Civil Rights, 28 U.S.C. § 1331,1441,(Federal Questions), 42 U.S.C. § 670 Federal Civil Rule 11, Common Law, the Constitution for the State of West Virginia at Article III sections 1 through 22 and English Common Law, thereunder, and United States Supreme Court Precedence Simons vs. United States, 390 US 389,; Troxel v. Granville, 530 U.S. 57; 120 S.Ct. 2054 (2000). et seq., and hereby states:

©2023 Emmanuel Jones© All rights reserved
LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT
$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION

**PLEASE TAKE LAWFUL NOTICE,** that in accord with, 28 USC 1443(1)(2),1455 (b)(4) Removal for Civil Rights, 28 U.S.C. § 1331,1441,(Federal Questions) 42 U.S.C. § 670 et seq.,that Emmanuel Jones©, under duress, hereby removes from This Court, the state-court action described in paragraph 2 below.

1. Pursuant to 28 USC 1443 any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:

*(1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;*

*(2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.*

### In the Matter of the State of West Virginia vs Emmanuel Jones and the related cases of the Kidnapped Children of Emmanuel Jones©, JA-37-38-39-40 West Virginia Department of Health and Human Services vs. Emmanuel Jones in the Circuit Court for Monongalia County, West Virginia before this Honorable United States District Court For the Northern District of West Virginia Case No.: 1-23-cv-42 Statement of Removal

### Removal from State to Federal Jurisdiction is Proper
### (Local Rule Civ P 3.4)

2. The jurisdiction of this Court is proper pursuant to Article 1 § 9 of the Constitution for the United States of America Title 28 United States Code: 28 U.S.C. § 1331, 1335, 1337, 1339, 1343, 1348, 1349, 1441, 1443(1) (2), and 1446, et seq 42 U.S.C. § 670 of the United States Code United States Supreme Court Precedence's Simons vs. United States, 390 US 389,; Troxel v. Granville, 530 U.S. 57; 120 S.Ct. 2054 (2000).and on grounds it is a state civil matter, and Emmanuel Jones©. is denied and cannot enforce any rights to his unlawfully kidnapped children, in the courts of the State of West Virginia.

**LR Civ P 3.4. Local Filing Requirements**
(a) Civil Docket Cover Sheet.
A civil docket cover sheet, in a form supplied by the clerk, must be

©2023 Emmanuel Jones© All rights reserved
**LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT**
**$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION**

completed and submitted with any complaint commencing an action or any notice of removal from state court. Each cover sheet must cite the title and section of the United States Code or relevant statute pursuant to which the action or notice is filed.
(b) State Court Docket Sheet.
When any notice of removal from state court is filed, the filing party must also attach to the notice of removal a copy of the docket sheet from the circuit court from which the case is being removed in addition to any other documents required by federal rule or statute.

### Incorporation herein by Reference to Case 1:23-cv-42 before this Honorable Court

3. Emmanuel Jones© hereby incorporates herein in its entirety, by reference thereto in this instant removal action of all previous allegations of treason, deprivation of inalienable constitutional and civil rights under color of law, the denial of equal protection of the law, and the denial of substantive and proper procedural due process made against the public officers of the State of West Virginia in the related civil case before this Honorable Court Case No.: 1:23-cv-42.

4. In the related civil matter on May 10, 2023 this state Defendant under the penalty of perjury informed this Honorable Court of contemplated criminal indictment by the Monongalia County State Prosecutor, the State Prosecutor delayed to bring an indictment from December 22, 2022 until May 11, 2023 the day after Emmanuel Jones© removed the related child abuse, neglect and foster care matter in Case 1:23-cv-42, the same State agencies have brought a malicious, retaliatory, defective state criminal indictment using the same perjured facts that the State of West Virginia used to file a child abuse, neglect, and foster care action .

## COUNT I
## GROSS NEGLIGENCE DENIAL OF EQUAL PROTECTION
## (14th Amendment U.S. Constitution 42 U.S.C. 1983)

### West Virginia State Prosecutor's Gross Negligence to State a Physical Venue Address within the Jurisdictional Boundaries of Monongalia County within the Defective Indictment

**No Venue Location Stated.**

1. The Defective Indictment and other Charging Documents neglect to describe in full detail a physical street address within the jurisdictional bounds of Monongalia County, West Virginia. See: [Emmanuel Jones Exhibit 1]

Page 3 of 17
©2023 Emmanuel Jones© All rights reserved
LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT
$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION

2. There is a conspicuous lack of physical evidence of a "scene of the crime" and the failure of the Defective Indictment and other charging documents in this instant case to follow basic fundamental Constitutional inalienable rights is a testimony to the effect that this is a malicious prosecution and an act of Treason by the State of West Virginia.

3. Amendment VI of the Constitution for the united States of America provides: *In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law.*

4. The Defective Indictment and other charging documents related to this instant case negligently fail to emphatically state in detail a physical address scene of the crime within the venue of Monongalia County that would vest venue and or subject matter jurisdiction to this Court and the defective indictment must be dismissed.

## Venue of Action and Criminal Jurisdiction

5. Venue is an essential element of jurisdiction in criminal cases. It determines not only the place where the criminal action is to be instituted, but also the court that has the jurisdiction to try and hear the case. The reason for this rule is two-fold. *First*, the jurisdiction of trial courts is limited to well-defined territories such that a trial court can only hear and try cases involving crimes committed within its territorial jurisdiction, *Second*, laying the venue in the *locus criminis* is grounded on the necessity and justice of having an accused on trial in the municipality of province where witnesses and other facilities for his defense are available.

## Weakness of States Case Failure to meet all elements Lack of Physical Evidence

6.. In the circuit court if the indictment fails to contain all elements of the crime, State v. Parker, 161 W.Va. 511(W.Va. 1978), or is otherwise too vague (See State v. Eden, 256 S.E. 2nd 686 (W.Va. 1979); and State v. Donald, 184 W.Va. 187, 399 S.E.2d 898 (1990), then the motion is proper.

©2023 Emmanuel Jones© All rights reserved
LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT
$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION

7.. In Count I Emmanuel Jones© is alleged to have *"made several Facebook post and messages threatening violence to the Monongalia County Family Court, and included with each Facebook, a photograph of convicted murderer John Allen Muhammad a/k/a/ the D.C. Sniper* allegedly in violation of W. Va. Code § 61-6-24(b)

8. The indictment fails to contain all of the elements in it first fails to establish a physical scene of the crime, "Facebook" does not constitute a physical venue address and the State does not provide any evidence to prove beyond a reasonable doubt that the Facebook account was opened by Emmanuel Jones, and or made said post on a computer, phone or other device in the State's possession, and or any information regarding an ISP and or MAC address belonging to Emmanuel Jones© from which the alleged Facebook post were made,

9. Accordingly the State fails to meet its obligation to meet all of the elements of the crime and the Defective Indictment must be dismissed because the most basic elements of the crime listed below have been met to wit:

**§61-6-24. *Threats of terrorist acts, conveying false information concerning terrorist acts and committing terrorist hoaxes prohibited; penalties.***

I. *(a) As used in this section:*
II. *(1) "Economic harm" means all direct, incidental and consequential pecuniary harm suffered by a victim as a result of criminal conduct. Economic harm includes, but is not limited to, the following:*
III. *(A) All wages, salaries or other compensation lost as a result of the criminal conduct;*
IV. *(B) The cost of all wages, salaries or other compensation paid to employees for time those employees are prevented from working as a result of the criminal conduct;*
V. *(C) The cost of all wages, salaries or other compensation paid to employees for time those employees spent in reacting to the results of the criminal conduct; or*
VI. *(D) The overhead costs incurred for the time that a business is shut down as a result of the criminal conduct.*
VII. *(2) "Hoax substance or device" means any substance or device that is shaped, sized, colored, marked, imprinted, numbered, labeled, packaged, distributed, priced or delivered so as to cause a reasonable person to believe that the substance or device is of a nature which is capable of causing serious bodily injury or damage to property or the environment.*
VIII. *(3) "Terrorist act" means an act that is:*
IX. *(A) Likely to result in serious bodily injury or damage to property or the environment; and*
X. *(B) Intended to:*
XI. *(i) Intimidate or coerce the civilian population;*
XII. *(ii) Influence the policy of a branch or level of government by intimidation or coercion;*
XIII. *(iii) Affect the conduct of a branch or level of government by intimidation or coercion; or*
XIV. *(iv) Retaliate against a branch or level of government for a policy or conduct of the government.* .

10. In Count II of the Defective Indictment Emmanuel Jones© is alleged to have also violated W.Va. Code § 61-5-27(c)(1) by Morgantown Police Office K Murphy to cover up the May 27, 2023 kidnapping of the children of Morgantown Police Department without a Court Order, and the defective indictment fails to meet all of the elements of the crime, because Officer K. Murphy failed to state an address within Monongalia County and other elements of the crime to wit:

*61-5-27(c)(1) Retaliation. — It is unlawful for a person to cause injury or loss to person or property, or to threaten to do so where such threat is directed at inciting or producing imminent lawless action of a*

©2023 Emmanuel Jones© All rights reserved
LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT
$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION

*violent nature that could cause bodily harm and is likely to incite or produce such action or to attempt to do so, with the intent to:*

11. The Defective Indictment does not allege any violent physical harm that was threatened, nor does not allege any economic harm, and or any imminent lawless actions that caused serious physical injury, economic pecuniary harm, and or property damage alleged to have occurred from threats made from a physical venue street address location within the jurisdiction of Monongalia County.

12. Facebook" does not constitute a physical venue address within the jurisdiction of Monongalia County and the State does not provide any evidence to prove beyond a reasonable doubt that the Facebook account was opened by Emmanuel Jones, and or made said post on a computer, phone or other device in the State's possession, and or any information regarding an ISP and or MAC address belonging to Emmanuel Jones© from which the alleged Facebook post were made.

13. For all of the facts contained in ¶¶ 1 through 13 the Defective Indictment must be Dismissed

## COUNT II

### Treason against the Constitution by Public Officers Unqualified to Uphold and Defend the Constitution for the united States of America

**Treason:**

14. Article III§ 3 --*Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.*

*The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.*

**Supremacy Clause Article Six § 2; § U.S. Constitution**

15. *This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.*

*The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.*

**.Judicial Power of the United States U.S. Const. art. III, § 1, cl. 1.**

16. "The judicial Power of the United States, shall be vested in one supreme Court, and in such

©2023 Emmanuel Jones© All rights reserved
LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT
$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION

inferior Courts as the Congress may from time to time ordain and establish

**Stare Decisis on Treason and War against the Constitution for the united States of America**

17.. The Supreme Court has also held that if a judge wars against the Constitution, or if he acts without jurisdiction, he has engaged in treason to the Constitution. If a judge acts after he has been automatically disqualified by law, then he is acting without jurisdiction, and that suggest that he is then engaging in criminal acts of treason, and may be engaged in extortion and the interference with interstate commerce

18.. Any Judge that does not comply with his Oath to the Constitution for the united States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land, this Court and all of its officers are engaged in acts of treason against the Constitution in this instant matte SEE: Cooper v. Arron, 358 U.S. 1, 78 S Ct. 1401 (1958)

19. *Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason.* U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

20. *Decency, security and liberty alike demand that government officials shall be subject to the rules of conduct that are commands to the citizen. In a government of laws, existence of government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, omnipresent teacher. For good or ill, it teaches the whole people by example. Crime is contagious. If the government becomes a law-breaker, it breeds contempt for the law. It invites every man to become a law unto himself. It invites anarchy.* U.S. v. Olmstead, 277 U.S. 438 (1928), Justice Brandeis.

21. When a judge acts intentionally and knowingly to deprive a person of his constitutional rights he exercises no discretion or individual judgment; he acts no longer as a judge, but as a " minister" of his own prejudices. SEE:   [386 U.S. 547, 568]

22. The U.S. Supreme Court, in Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974) stated that   "<u>when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct</u>. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original]. By law, a judge is a state officer.

**Definitions of Treason:**

23. Tucker's Blackstone Vol. 1 Appendix Note B [Section 3] 1803- If in a limited government the
public functionaries exceed the limits which the constitution prescribes to their powers, every such act is an act of usurpation in the government, and, as such, treason against the sovereignty of the people.

24. Bouvier's Law Dictionary 1856- TREASON, crim. law. This word imports a betraying,

©2023 Emmanuel Jones© All rights reserved
LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT
$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION

treachery, or breach of allegiance. 4 Bl. Com. 75.

**. W. Va. Code § 61-6-24(b) and 61-5-27(1) are repugnant to, are act of treason against, and an act of war upon the Constitution for the by the united States of America, enacted by the State of West Virginia Legislature**

**Menes Rea is an essential element of a Crimes—No Criminal Intent No Crime**

25. Not only is venue jurisdiction, and legislative intent necessary to the well-established common law definitions of what constitutes a crime, Menes Rea is also a well-established judicial principle necessary to the commission of a crime.

26. Both statutes enumerate that with or without criminal intention one can commit a crime pursuant to W. Va. Code § 61-6-24(b) and 61-5-27(1) respectively and are acts of Treason against the Constitution for the united States of America.

27. On or about May 10, 2023 the Defendant removed the related civil JA 37-38-39-40 cases from state court jurisdiction to federal jurisdiction for Treason and other federal law questions and hereby asserts that this instant action is a malicious prosecution conspired and instigated as the result of a conspiracy between Shaquayla Jones and Randal Minor the alleged victim to deprive this Secured Party Defendant asserts that the delay by the State of West Virginia has acted and is acting to the prejudice of Defendant, and is depriving Defendant of his rights under the Due Process Clause of the Fifth Amendment to the United States Constitution and Article III, § 10 of the West Virginia Constitution, and an Act of Treason at Article 3 § 3 and Article 6 § 2 of the Constitution for the united States of America.

## COUNT III

### INEFFECTIVE ASSISTANCE OF STATE APPOINTED COUNSEL

28. Emmanuel Jones restates his complaint against the officers of the West Virginia Judiciary with continually appointing public attorney members of the West Virginia State Bar, which is a State owned monopoly which prohibits assistance of non-bar guild affiliated counsel in its

©2023 Emmanuel Jones© All rights reserved
LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT
$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION

Courts thereby violating the law of performance of contracts by administrative rule in contradistinction to the 6th Amendment of the United States Constitution.

29. Attorney John C Rogers was assigned this state criminal matter in July of 2023 and did not interview Emmanuel Jones© to ascertain the facts of the case, and when requested to remove the State criminal case, he stated he was not familiar with Federal Law.

## Pattern and Practices of State Bar Attorney Malpractice in this Instant Case and in the related matter 1:23-cv-42

30. The record of filings in this instant action and the related matter in 1:23-cv-42 demonstrate that no West Virginia State Bar Public Attorney filed any pleadings and or motions on behalf of Emmanuel Jones©, each State court appointed attorney failed to provide effective assistance of counsel in either case before this Honorable Court.

31. That the ineffective assistance of State court appointed public attorneys is violative of the equal protection laws in the 14th Amendment and that the State monopoly on agency in the Courts is violative of the 6th Amendment to the Constitution for the united States of America.

32. For all of the aforestated grounds the State of West Virginia that must file an Answer in this instant action consistent with this Honorable Courts Order that the State of West Virginia answer Emmanuel Jones© on or before May 31, 2023 in the related case 1:23-cv-42.

## COUNT IV

## Violation of Unqualified De Facto Judicial Officers Unlawfully Presiding in State Case Incorporation by Reference of Official Oath of Office and Public Official Bonds

33. This Secured Party hereby incorporates by reference there to any and all Official Oath of Office subscribed and filed pursuant to WV Code § 6-13 through 6-1-6, and Public Official Bond pursuant to WV Code § 6-2-1 through § 6-2-4 of the following Monongalia County Judicial Officers including but not limited to Saundra Kay Holepit, Dimas Reyes, Ronald Bane, James Nabors, Perri Jo DeChristopher, Paul W. Gwaltney, Jr., Susan B. Tucker, Patricia Hill, and Cindy Scott, and Marion County Circuit Court Judge Patrick N. Wilson, Specially Assigned.

34. This Secured Party hereby incorporates by reference there to any and all Official Oath of

©2023 Emmanuel Jones© All rights reserved
LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT
$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION

Office subscribed and filed pursuant to WV Code § 6-13 through 6-1-6, and Public Official Bond pursuant to WV Code § 6-2-1 through § 6-2-4 of the following Monongalia County Judicial Officers including but not limited to Monongalia County State Prosecutor Gabrielle Mucciola, and each unnamed Monongalia County Assistant State Prosecutor employed by the Office of the Monongalia State Prosecutor.

### Continuing Objections

35. That unqualified state agents of the West Virginia Judiciary have neglected their lawful obligations in accord with WV Code § 6-1-3 through 6-1-6, to have recorded on file with the Monongalia County Clerk's Office an Official Oath of Office within 20 days of having been elected and or appointed to office, are engaging in racial and religious prejudice, and are acting in bad faith within an already historically racist system of state government and commerce, and thereby unlawfully denying to this Secured Party all rights, privileges and immunities conferred upon American Nationals pursuant to the Constitution for the united States of America.

### COUNT V

### DEPRIVATION OF CONSTITUTIONAL RIGHTS

### WV Judiciary's Violation of Constitutional Rights of this Petitioner

36. The United States Constitution's Fourteenth Amendment contains a recognized Right to Privacy. This fundamental Right to Privacy encompasses the Privacy Protected Zone of Parenting. The Plaintiff asserts that DCF policy and Connecticut General Statutes impermissibly infringe the Federal Right to Privacy to the extent they mandate the parent to support his or her children beyond a standard to prevent harm to them. They substitute the State's judgment for the parent's judgment as to the best interest of his or her children. The challenged statutes do not mandate a review to determine if demonstrable harm exists to the children in determining the amount of support that the parent must provide.

37. The State of West Virginia joined on with its witness in chief, Shaquayla Jones in her conspiracy and fraudulent scheme with Family Court Judge Randal A. Minor to deprive this Counter-Petitioner equal protection of the law, and to deny substantive and procedural due

©2023 Emmanuel Jones© All rights reserved
LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT
$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION

process to deprive this Petitioner of the right raise his children without interference.

38. The violations of law and resulting harms alleged by Plaintiffs are typical of the legal violations and harms and/or risk of harms experienced by all of the children in the class and subclasses.

39. "*Decency, security and liberty alike demand that government officials shall be subject to the rules of conduct that are commands to the citizen. In a government of laws, existence of government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, omnipresent teacher. For good or ill, it teaches the whole people by example. Crime is contagious. If the government becomes a law-breaker, it breeds contempt for the law. It invites every man to become a law unto himself. It invites anarchy.* U.S. v. Olmstead, 277 U.S. 438 (1928), Justice Brandeis.

40. That, the parties, and this state Court, are hereby given formal notice that the combination of filings made under both this cause now herewith, as well as within the aforementioned federal court, automatically divests the state Court from entering a judgment of conviction shall not be entered unless and until the matter is first remanded.

**ACCORDINGLY**, this petitioner gives lawful notice that the above captioned state-court matter is removed from the Circuit Court for Monongalia County and removed to the United States District Court for the Northern District of West Virginia.

/s/ Emmanuel Jones©,
Under Duress, Sui Juris
By Special Appearance
432 Dorsey Avenue
Morgantown, WV 26501
(304) 216-7792

©2023 Emmanuel Jones© All rights reserved
**LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT**
**$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION**

## AFFIDAVIT

**I HEREBY AFFIRM** under the penalty of perjury that the aforegoing is true to the best of my direct knowledge, belief and information contained in the public record

/s/ Emmanuel Jones,©
Petitioner, Sui Juris
By Special Appearance

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27 day of October 2023, a copy of the foregoing was mailed U.S. Postal Service 1st class Mail Postage prepaid to the Office of the State Prosecutor for Monongalia County 243 High Street, Morgantown West Virginia 26505.

/s/ Emmanuel Jones,
Petitioner, Sui Juris
By Special Appearance
432 Dorsey Avenue
Morgantown, WV 26501
(304) 216-7792

©2023 Emmanuel Jones© All rights reserved
LAWFUL NOTICE NO REPRINT WITHOUT WRITTEN CONSENT
$500,000.00 FEE FOR UNAUTHORIZED USE AND REPRODUCTION