**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**EMMANUEL JONES,**

       **Plaintiff,**

  **v.**                                      **CIVIL NO. 1:23-CV-85
                                                          (KLEEH)**

**STATE OF WEST VIRGINIA,**

       **Defendant.**

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 7]
AND REMANDING ACTION**

On October 27, 2023, pro se Plaintiff Emmanuel Jones ("Plaintiff") filed a "Removal of West Virginia State Case to the District Court of the United States for the Northern District of West Virginia" [ECF No. 1]. Pursuant to 28 U.S.C. § 636 and the local rules, the Court referred the action to United States Magistrate Judge Michael J. Aloi (the "Magistrate Judge") [ECF No. 6]. On October 31, 2023, the Magistrate Judge entered a Report and Recommendation ("R&R"), recommending that the Court dismiss the complaint without prejudice and remand the action to state court.

The R&R informed the parties that they had fourteen (14) days from the date of service of the R&R to file "specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection." It further warned them that the "[f]ailure to timely

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 7]
AND REMANDING ACTION**

file written objections . . . shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals." Plaintiff accepted service of the R&R on November 13, 2023 [ECF No. 8]. To date, no objections have been filed.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made. 28 U.S.C. § 636(b)(1)(C). Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations" to which there are no objections. Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603–04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Because no party has objected, the Court is under no obligation to conduct a de novo review. Accordingly, the Court reviewed the R&R for clear error. Upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 7]. This action is **REMANDED** to state court for lack of subject matter jurisdiction and shall be **STRICKEN** from the Court's active docket. All pending motions in this action shall be **TERMINATED.**

It is so **ORDERED.**

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 7]
AND REMANDING ACTION**

The Clerk is directed to transmit copies of this Order to counsel of record; the Circuit Clerk of Monongalia County, West Virginia; and the pro se Plaintiff by certified mail, return receipt requested.

DATED: December 15, 2023

*Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA